# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACKISHA LASHE MARIE SHIRLEY, | Case No.: 1:17-cv-0807- JLT |
| Plaintiff, | ORDER GRANTING AN EXTENSION OF TIME |
| v. | (Doc. 13) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties have stipulated for Plaintiff to have an extension of 34 days to file an opening brief. (Doc. 13) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 5 at 4), and this is the first extension requested by either party. Based upon the information provided and good cause appearing, the Court **ORDERS:**

1. The request for an extension of time (Doc. 13) is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief on or before **March 16, 2018**.

IT IS SO ORDERED.

Dated: **February 21, 2018**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE